UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Form 1007-3 - Financial Review of the Debtor's Business

In re: **Keith J Flakne   Diane Louise Flakne**     Case No. _____

Chapter **13**

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS
(NOTE: ONLY INCLUDE information directly
related to one business operation on each form)

Type of business **Commerical and residential contracting**     Business Name **Robert Gary Bld Inc.**

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

| | | |
|---|---|---|
| 1. | Gross Income for 12 Months Prior to Filing | $ **46,310.00** |

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---|
| 2. | Gross Monthly Income: | $ **10,000.00** |

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | | |
|---|---|---|
| 3. | Payroll (paid to others) | $ **2,500.00** |
| 4. | Payroll Taxes | $ **2,000.00** |
| 5. | Unemployment Taxes | $ **0.00** |
| 6. | Worker's Compensation | $ **0.00** |
| 7. | Employee Benefits (e.g., pension medical, etc.) | $ **0.00** |
| 8. | Other Taxes | $ **0.00** |
| 9. | Inventory Purchases(including raw materials) | $ **1,200.00** |
| 10. | Purchase of Feed/Fertilizer/Seed/Spray | $ **0.00** |
| 11. | Rent (Other than debtor's principal residence) | $ **0.00** |
| 12. | Utilities | $ **0.00** |
| 13. | Office Expenses and Supplies | $ **0.00** |
| 14. | Repairs and Maintenance | $ **0.00** |
| 15. | Vehicle Expenses | $ **0.00** |
| 16. | Travel and Entertainment | $ **0.00** |
| 17. | Advertising and Promotion | $ **0.00** |
| 18. | Equipment Rental and Leases | $ **0.00** |
| 19. | Legal/Accounting/Other Professional Fees | $ **0.00** |
| 20. | Insurance | $ **150.00** |
| 21. | Payment to Be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (specify) | $ **0.00** |
| 22. | Other (describe) | $ **0.00** |
| 23. | Total Monthly Expenses (add items (3-22)) | $ **5,895.00** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 24. | Average Net Monthly Income (subtract line 22 from line 2) | $ **4,105.00** |
| | Net Monthly Income | $ **4105.00** |

Verification.  We, **Keith J Flakne and Diane Louise Flakne**, the debtor(s) named in the foregoing financial review form, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on **6/8/2011**  Signed: **s/ Keith J Flakne**
Name and Address of Subscriber
**Keith J Flakne**
**3040 13th Ter., NW**
**New Brighton, MN  55112**

**s/ Diane Louise Flakne**
Name and Address of Subscriber
**Diane Louise Flakne**
**3040 13th Ter., NW**
**New Brighton, MN  55112**